UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

        Plaintiff,        Case No. 1:10-cv-528

v.        Honorable Paul L. Maloney

DELORES CROSBY et al.,

        Defendants.
_____/

**ORDER VACATING APRIL 15, 2010 ORDER AND DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that the April 15, 2010 order granting leave to proceed *in forma pauperis* (docket #3) is VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

Dated:   June 10, 2010        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge