UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

        Plaintiff,               Case No. 1:10-cv-528

v.                                     Honorable Paul L. Maloney

DELORES CROSBY et al.,

        Defendants.
_____/

## **ORDER**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On June 10, 2010, the Court issued an opinion and order denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). The order required Plaintiff to pay the $350.00 filing fee within 28 days to avoid dismissal of his action. Plaintiff filed a motion for relief from the Court's order, which was denied on June 29, 2010. On July 8, 2010, the Court received Plaintiff's second motion for reconsideration of the Court's order denying him leave to proceed *in forma pauperis* (docket #20). The Court subsequently received the $350.00 payment for the filing fee on July 12. Because Plaintiff now has paid the filing fee, his second motion for reconsideration (docket #20) is DENIED as moot.

        **IT IS SO ORDERED**.


Dated:   July 16, 2010                       /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge