UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

        Plaintiff,        Case No. 1:10-cv-528

v.        Honorable Paul L. Maloney

DELORES CROSBY et al.,

        Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee. All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and submit it to the Court. The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. Plaintiff must clearly identify all of the Defendants he wishes to sue in the "Parties" section of the form complaint.[1] In addition, the amended complaint will take the place of the original complaint, so it must include all of the Defendants and claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original

---

[1] In his original complaint, Plaintiff appears to assert claims against individuals in the body of his complaint without including them in the list of Defendants set forth at the beginning of the complaint.

complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the complaint may be dismissed without prejudice by the district judge.

        **IT IS SO ORDERED**.


Dated: July 16, 2010                    /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge