UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

        Plaintiff,        Case No. 1:10-cv-528

v.        Honorable Paul L. Maloney

DELORES CROSBY et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 26, 2010        /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge