UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

        Plaintiff,        Case No. 1:10-cv-528

v.        Honorable Paul L. Maloney

DELORES CROSBY et al.,

        Defendants.

_____/

**ORDER DENYING LEAVE TO PROCEED
*IN FORMA PAUPERIS* ON APPEAL**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On June 10, 2010, the Court entered an order (docket #14) denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). The Court ordered Plaintiff to pay the $350.00 civil action filing fee or his action would be dismissed without prejudice. Plaintiff paid the $350.00 filing fee on July 12, 2010. On August 26, 2010, the Court entered an opinion, order and judgment dismissing Plaintiff's action (docket ##31-33).

Plaintiff has now filed a notice of appeal. Because Plaintiff is prohibited from proceeding *in forma pauperis* on appeal by 28 U.S.C. § 1915(g), Plaintiff must pay the $455.00 appellate filing fee in a lump sum. Plaintiff, however, has failed to submit the $455.00 filing fee. As outlined in the Court's memorandum opinion and order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-

eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $455.00, to the Clerk of this Court. Plaintiff's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

Dated:     November 10, 2010          /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      Chief United States District Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**