UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER L. LYLES,

                Plaintiff,                Case No. 1:10-cv-528

v.                                    Honorable Paul L. Maloney

DELORES CROSBY et al.,

                Defendants.
_____/

## ORDER DENYING PLAINTIFF'S SECOND MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's second motion to proceed *in forma pauperis* on appeal (docket #52). On November 10, 2010, the Court denied Plaintiff's first motion to proceed *in forma pauperis* on appeal because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). (*See* docket #43.) Plaintiff's second motion is denied for the same reason.

        IT IS SO ORDERED.


Dated:   March 20, 2012                  /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge